UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FABIO HENRIQUE DA SILVEIRA,<br>    Petitioner,<br><br>v.<br><br>YOLANDA SMITH,<br>    Respondent. | C.A. No. 19-cv-11620-PBS |

## JOINT REPORT

The parties in the above-captioned action have conferred pursuant to this Court's Order of September 10, 2019 (ECF No. 10) and report as follows:

1. The Petitioner submitted his valid passport to Immigration and Customs Enforcement ("ICE") on September 16, 2019. Its receipt was acknowledged via email by his Deportation Officer.

2. The Petitioner's Deportation Officer notified undersigned counsel that because ICE is in possession of the Petitioner's passport, which is valid until November 20, 2027, the Petitioner no longer needed to present himself for a consulate interview.

3. The parties have not reached an agreement to resolve this case.

WHEREFORE, the parties request that the Court take further action as it deems necessary.

---

*Handwritten note:*

10/1/19

The Court has no jurisdiction to issue a stay of removal. The parties shall inform the Court whether the First Circuit orders a stay of removal.

/s/ Patti B Saris